UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:19-cv-01567-CJC (AFM)**                                        Date:  **October 28, 2019**

Title   **Brenda Lopez-Novelo v. Andrew Saul**

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

      Pursuant to the Order Re Procedures In Social Security Appeal, plaintiff was ordered to serve the summons and complaint in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and file a proof of service within 30 days.  (ECF No. 10.)  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a proof of service of the summons and complaint.  Plaintiff has failed to comply with the Court's Order.

      Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed.  If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant.  The filing proof of service of the summons and complaint within 20 days shall discharge the order to show cause and all other deadlines required by the Case Management Order will be extended accordingly.

      IT IS SO ORDERED.

|  | : |
|---|---|
|  | **Initials of Preparer**  ib |