UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. **5:19-cv-01567-CJC-AFM**  Date: January 27, 2020

Title **Brenda Lopez-Novelo v. Andrew Saul**

Present: The Honorable: ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

The Court's August 22, 2019 Order in the present case required plaintiff to promptly service the summons and complaint on the defendant in accordance with Fed. R. Civ. P. 4(i). The docket indicates that plaintiff served the summons and complaint on October 9, 2019. A review of the docket indicates that plaintiff may not have perfected service on the Commissioner of Social Security, Region IX Chief Counsel, in San Francisco. (*See* ECF No. 14.)

Accordingly, plaintiff shall promptly serve the summons and complaint and the Court's August 22, 2019 Orders (ECF Nos. 9, 10) on the Commissioner of Social Security, Region IX Chief Counsel, in San Francisco, and file a proof of service. Defendant shall file a Notice of Appearance thirty (30) days thereafter.

IT IS SO ORDERED.

:
**Initials of Preparer**  ib